UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

       Petitioner,

vs.

OTIS L. SOLOMON,

       Respondent.
_____/

**PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS**

    The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

    This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C.

Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

M. Williams, is a revenue officer employed in the Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in Plantation, Florida. The revenue officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The Respondent, Otis L. Solomon, can be found at 3255 N.W. 43rd Place, Oakland Park, Florida 33309-4202, which is within the jurisdiction of this Court.

IV

Revenue Officer M. Williams is conducting an investigation for the purpose of determining the current financial status of Otis L. Solomon, in connection with the collection of outstanding Federal income tax liabilities (Form 1040) for the taxable years ended December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, and December 31, 2009, as is set forth in the declaration of Revenue Officer M. Williams attached hereto and incorporated herein by reference as Exhibit "A".

V

As part of the investigation, on February 7, 2012, Revenue Officer M. Williams issued an Internal Revenue Service summons (Form 6637) to Otis L. Solomon, directing him to appear before the Revenue Officer and/or his designee on February 29, 2012, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons. On February 7, 2012, Revenue Officer M. Williams left an attested copy of the summons to the Respondent at his last and usual place of abode. The summons is attached to the revenue officer's declaration as Exhibit A-1 and incorporated herein by this reference.

VI

On February 29, 2012, the Respondent did not appear in response to the summons, and Respondent has not complied with the summons to this date. In addition, on April 10, 2012, Counsel for the Internal Revenue Service sent a letter to the Respondent directing him to appear on April 30, 2012. A copy of that letter is attached to the declaration as Exhibit A-2. On April 30, 2012, the Respondent did not appear and, as noted above, has not provided information and documents as requested by the summons.

3

VII

Information, books, records, papers and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the Respondent.

VIII

The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by means of the summons, for the purpose of determining the current financial status of Otis L. Solomon, in connection with the collection of outstanding Federal income tax liabilities (Form 1040) for the taxable years ended December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, and December 31, 2009.

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to Otis L. Solomon for the tax years under investigation.

XI

All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enter an order directing the Respondent, Otis L. Solomon, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2. That the Court enter an order directing the Respondent, Otis L. Solomon, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer M. Williams or any other proper officer or employee of the Internal Revenue Service; and

3. That this Court further order that Petitioner be given thirty (30) days from the date of the Order within which to serve Respondent with the same; and

4. That the United States recover its costs in maintaining this action; and

5. That this Court grants such other and further relief as is just and proper.

Respectfully submitted

Dated: August 23, 2012　　　WIFREDO A. FERRER
　　　　Ft. Lauderdale, FL　　　UNITED STATES ATTORNEY

By: _____
DAVID I. MELLINGER (FL Bar # 0821365)
Assistant United States Attorney
E-mail: David.Mellinger@usdoj.gov
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7180
*Attorney for Petitioner*

## CERTIFICATE OF FILING / SERVICE

**I HEREBY CERTIFY** that on this 23rd day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served, as indicated below, in the manner specified.

_____
DAVID I. MELLINGER
Assistant United States Attorney

**SERVICE LIST**

United States v. Otis L. Solomon
Case No.
United States District Court, Southern District of Florida

David I. Mellinger
Assistant United States Attorney
E-mail: David.Mellinger@usdoj.gov
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax (954) 356-7180
*Attorney for Petitioner United States*

**Served by Notice of Electronic Filing generated by CM/ECF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

UNITED STATES OF AMERICA,

       Petitioner,

vs.

OTIS L. SOLOMON,

       Respondent.
_____/

DECLARATION OF M. WILLIAMS,
REVENUE OFFICER, INTERNAL REVENUE SERVICE

I, M. Williams, hereby declare, as follows:

    1. I am a duly commissioned revenue officer of the Internal Revenue Service employed in the Small Business/Self-Employed Division, South Atlantic Area, in Plantation, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

    2. In my capacity as a revenue officer I am conducting an investigation for the purpose of determining the current financial status of Otis L. Solomon in connection with the collection of the Federal income tax liabilities (Form 1040) of Otis L. Solomon for the tax years ended December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009.

Exhibit A

Additional information for the period beginning November 1, 2011 through the date of compliance is also requested in order to determine the current financial status of Otis L. Solomon for the tax years ended December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009.

3. As part of the investigation, on February 7, 2012, I issued an administrative summons, Internal Revenue Service Summons (Form 6637) to Otis L. Solomon, directing him to appear before me on February 29, 2012, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons.

4. On February 7, 2012, I left an attested copy of the summons to the respondent at his last and usual place of abode. Service of the summons is evidenced by the Certificate of Service on the reverse side of the summons. The summons is attached hereto and incorporated herein as Exhibit A-1. On February 29, 2012, the respondent did not appear.

5. On April 10, 2012, Counsel for the Internal Revenue Service sent a letter to the respondent directing him to appear on April 30, 2012. The respondent did not appear on April 30, 2012. A copy of the letter sent by Counsel is attached hereto and incorporated herein as Exhibit A-2. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

7. The books, records, papers, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons for the purpose of determining the current financial status of Otis L. Solomon in connection with the collection of the Federal income tax liabilities (Form 1040) of Otis L. Solomon for the tax years ended December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

10. A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, as amended, is not in effect with respect to Otis L. Solomon for the tax years under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this ___14___ day of ___May___, 2012.

_____
M. WILLIAMS
Revenue Officer
Internal Revenue Service

# Summons

## Collection Information Statement

**In the matter of** _OTIS L SOLOMON, 3255 NW 43RD PL, OAKLAND PARK, FL 33309-4202_
**Internal Revenue Service** *(Identify Division)* _SMALL BUSINESS/SELF EMPLOYED_
**Industry/Area** *(Identify by number or name)* _SB/SE AREA 3 (23)_
**Periods:** _See Attachment 1 to Summons Form 6637 for Period Information_

**The Commissioner of Internal Revenue**

**To:** _OTIS L SOLOMON_
**At:** _3255 NW 43RD PL, OAKLAND PARK, FL 33309-4202_

You are hereby summoned and required to appear before _MICHAEL WILLIAMS_, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From _11/01/2011_ To _02/01/2012_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

_7850 S. W. 6TH COURT STOP 5390, PLANTATION, FL 33324-3202  (954) 423-7047_

**Place and time for appearance:** At _7850 S. W. 6TH COURT STOP 5390, PLANTATION, FL 33324-3202_

**IRS**

Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the _29th_ day of _February_, _2012_ at _9:00_ o'clock _a_ m.

**Issued under authority of the Internal Revenue Code this** _7th_ day of _February_, _2012_

_MICHAEL WILLIAMS_   *[signature]*   _REVENUE OFFICER_
Signature of issuing officer                                    Title

_____                  _____
Signature of approving officer *(if applicable)*                  Title

Exhibit A-1

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: 2/7/2012  Time: 4:01 pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: [signature]  Title: IRS Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signature]  Title: IRS Revenue Officer

Catalog No. 25000Q                                                    Form **6637** (Rev. 10-2010)

## Attachment 1 to Summons Form 6637

In the matter of **OTIS L SOLOMON**

Period information: Form 1040 for the calendar periods ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008 and December 31, 2009



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
ROYAL PALM BLDG., SUITE 300
1000 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33324
PHONE (954) 423-7945
FAX (954) 423-7930

APR 1 0 2012

CC:SB:3:FTL:GL-114842-12
LRPollack

Otis L. Solomon
3255 N.W. 43rd Place
Oakland Park, FL 33309-4202

    In re:    Taxpayer: Otis L. Solomon
               Date summons served: February 7, 2012
               Date of appearance: February 29, 2012

Dear Mr. Solomon:

    The Internal Revenue Service's Territory Manager (SBSE-Area 5) in Plantation, Florida has notified me that you did not appear on February 29, 2012, and you have failed to comply with the above summons (copy enclosed) requiring you to give testimony and/or produce documents. Revenue Officer M. Williams is seeking information and documents pertaining to outstanding Federal income tax liabilities for tax years ending December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, and December 31, 2009.

    Legal proceedings in the United States District Court may be brought against you should you choose not to appear or comply with the summons. To avoid such proceedings, you should keep the appointment that has been arranged for you with the revenue officer identified on the attached sheet. Please bring to the address listed on the attached sheet, at the date and time shown, all documents and records specified in the summons.

Exhibit A-2

CC:SB:3:FTL:GL-114842-12

    If you have any questions, please contact the <u>Revenue Officer</u>.

                      Sincerely yours,

                      WILLIAM J. WILKINS
                      Chief Counsel
                      Internal Revenue Service

By: *[signature]*
                      KENNETH A. HOCHMAN
                      Associate Area Counsel, SBSE

Attachment: As stated.

Enclosure:
  Copy of Summons

CC:SB:3:FTL:GL-114842-12

Attachment

| | |
|---|---|
| Revenue Officer: | M. Williams |
| Address: | Internal Revenue Service<br>7850 S.W. 6th Court<br>Plantation, Florida 33324 |
| Phone: | (954) 423-7047 |
| Appointment Date: | April 30, 2012 |
| Appointment Time: | 11:00 a.m. |